UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__MARK VAUGHN__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__PHOENIX HOUSE PROGRAMS OF NEW YORK INC.__

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __MARK VAUGHN__
ID # __14 R 0074__
Current Institution __WATERTOWN CORRECTIONAL FACILITY__
Address __P.O. Box 168 Watertown, New York 13601-0168__
__23147 Swan Road__

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name __p Phoenix House Programs of NY__  Shield # __N/A__
Where Currently Employed __164 West 74th st.__
Address __164 West 74th st. New York N.Y. 10028__

*Rev. 05/2010*                                                     1

Defendant No. 2   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 3   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 4   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 5   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____
                  _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     **5o Jay Street BKLYN. N.Y. and 34-25 Vernon BLVD. LIC. Queens.**

B.   Where in the institution did the events giving rise to your claim(s) occur?
     **On all points on the male floors, the warehouse in LIC. Queens, Trash room, and front desk.**

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     **from July 2009 until November 2012 I was forced to different hours on different days.**

D. Facts: <ins>I was forced into sevritude and made to work 48 hour work weeks for no pay in violation of US Const Amendment XIII, The State Minimum Wage Act Title 19 N.Y. Labor Law, N.A.S.A.S Local Services Bulletin no. 1998-04, Mental Hygien Law § 19.07, 19.40, 19.09, 32.01 and 32.07 PATIENTS Rights pArt 815 815.(5), part 818(818.3) 28 usc § 1331 28 usc § 1343 N.Y. Labor Law § 650 29 usc 201 all staff members required me to perform labor including the administration.</ins>

*What happened to you?*
*Who did what?*

*Was anyone else involved?*

all patients/clients are required to work.

*Who else saw what happened?*

all patients/clients are required to work.

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. N/A

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No **X** N/A

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No ____   Do Not Know ____   N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   _____

   1. Which claim(s) in this complaint did you grieve? _____

   _____

   2. What was the result, if any? _____

   _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

   _____

   _____

   _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   _____

   _____

   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____ N/A _____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). **$49,112 dollars for labor performed over a 3 year period, 3,540,000 in punative damages and all cost and fees.**

VI. Previous lawsuits:

[On these claims] A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No **X**

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff  N/A

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ____   No  X   N/A

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of May, 2014

Signature of Plaintiff

Inmate Number           14 R 0074
Institution Address     Watertown Corr. Facility
                        P.O. Box 168 Watertown N.Y.
                        13601-0168

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 2 day of May, 2014 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Mark Vaughn