```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 14 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARK VAUGHN,

                Plaintiff,

                -v-

DENNIS BUCKLEY et al.,

                Defendants.

-----------------------------------------------------------X

No. 14-CV-3918 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    IT IS HEREBY ORDERED that the Warden or other official in charge of the Watertown Correctional Facility produce inmate Mark Vaughn, Inmate No. 14 R 0074, at 12:30 p.m. on March 13, 2015, at a suitable location within the Watertown Correctional Facility equipped with a telephone, for purposes of participating in a conference by telephone with the Court and defense counsel in the above-referenced matter.

    If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0162.

    Counsel for Defendants Buckley, Jasper, and Wallace must (1) transmit this Order to the Warden forthwith; and (2) contact the Watertown Correctional Facility to arrange the call and to determine the telephone number at which Plaintiff will be reachable at the above time and date.

SO ORDERED.

Dated:    January 14, 2015
              New York, New York

                                          Ronnie Abrams
                                          United States District Judge